JOHN J. COHEN & SONS *et al.*, plaintiffs in error, vs. GEORGE W. SUMMERS *et al.*, assignees, defendants in error.

1. An insolvent debtor made an assignment to trustees for the benefit of his creditors, stating therein that on account of his having surrendered all claim for legal exemptions for himself and family, *it was expected* that the creditors would release the balance of their debts after the assets were exhausted; and on its being suggested by some of the creditors, at a meeting.

subsequently held by them, that this clause might invalidate the instrument under section 1952 of the Code, as a reservation of a benefit to the debtor, the latter entered on the deed a relinquishment of any benefit which it might be supposed he reserved to himself, and released all the creditors from any condition 'implied by those words, to discharge him from his debts, beyond what they may receive as dividends :

*Held*, that even if the assignment, as originally executed, was obnoxious to the provisions of section 1952, it would not be so after the execution of such an indorsement and its acceptance by the assignee.

2. There was sufficient evidence before the chancellor, showing the execution of the relinquishment, and its acceptance by the assignee before plaintiffs in error obtained their judgments, to authorize the granting the injunction.

TRIPPE, Judge.